1  Jared T. Walker (SB#269029)
   2020 Capitol Avenue
2  Suite 7
   Sacramento, CA 95811
3  T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   KIMBERLY Y. MADKINS
6

7                    IN THE UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9  KIMBERLY Y. MADKINS,                )   Case No. 2:14-cv-02750-EFB
                                        )
10         Plaintiff,                   )
                                        )   STIPULATION AND [PROPOSED]
11         v.                           )   ORDER FOR AN EXTENSION OF TIME
                                        )
12  CAROLYN W. COLVIN,                  )
    Commissioner of Social Security,    )
13                                      )
           Defendant.                   )
14                                      )
                                        )
15

16     IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17  that the time for Plaintiff to file her Motion for Summary Judgment be extended for 30 days until

18  July 27, 2015.  This is Plaintiff's first request for an extension of time to file her Motion for

19  Summary Judgment.  Despite due diligence, Plaintiff's counsel requires additional time to further

20  review the file and prepare Plaintiff's motion because counsel has been out of town on a planned

21  vacation and attending to other deadlines in unrelated matters during this time period.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

The parties further stipulate that all other scheduling matters set forth in the Court's Scheduling Order will remain unchanged.

Dated: June 24, 2015            Respectfully submitted,

                                By:    /s/ *Jared Walker*
                                       Jared T. Walker,
                                       Attorney for Plaintiff

Dated: June 24, 2015            BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA CALVERT
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                By:    /s/ *Chantal R. Jenkins**
                                       (*as authorized via email on 6/24/15)
                                       Chantal R. Jenkins,
                                       Special Assistant United States Attorney

## ORDER

APPROVED AND SO ORDERED.  All other deadlines are modified accordingly.

Dated:  June 29, 2015.

                                _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE