BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY Y. MADKINS,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:14-CV-2750-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 30 days, *nunc pro tunc*, to respond to Plaintiff's motion for summary judgment.  The extension is necessary because the undersigned attorney for Defendant has unexpectedly been on leave since September 21, 2015, due to a medical emergency.

1

There have been two prior extensions in this case: one extension for filing Plaintiff's motion for summary judgment, and one extension for filing Defendant's motion for summary judgment. Defendant's motion was previously due on or before September 25, 2015; the new deadline would be October 26, 2015.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: October 7, 2015                By: */s/ Jared T. Walker*
                                            (as authorized via e-mail)
                                            JARED T. WALKER
                                            Attorney for Plaintiff

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated: October 7, 2015                By: *s/ Brenda M. Pullin*
                                            BRENDA M. PULLIN
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 8, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE